AO 442 (Rev. 11/11) Arrest Warrant

FID: 801517

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:02CR387-01 |
| | ) | |
| THOMAS WILLIAMS | ) | |
| Defendant | ) | |

RECEIVED UNITED STATES MARSHAL 2013 JUN 25 PM 1:48
RICHMOND OFFICE EASTERN DISTRICT OF VIRGINIA

FILED / ENTERED
LODGED / RECEIVED
SEP 0 4 2013
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* THOMAS WILLIAMS

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

PLEASE SEE ATTACHED COPY OF PETITION ON SUPERVISED RELEASE

Date: 06/24/2013

*Issuing officer's signature*

City and state: Richmond, Virginia

Robert L. Walker, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 09/04/13, and the person was arrested on *(date)* _____
at *(city and state)* Balto, MD

Date: 09/04/2013

*Arresting officer's signature*

Eric Runk
*Printed name and title*